SMITH, Appellant, *v.* PELOTT, Respondent.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by James M. Smith against Frank Pelott.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Judgment affirmed, with costs. Appeal from order of referee dismissed, with $10 costs.

———

WALSH, Respondent, *v.* MUTUAL LIFE INS. CO., Appellant.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Patrick E. Walsh against the Mutual Life Insurance Company.

Argued before LEARNED, P. J., and LANDON, J.

No opinion. Motion to go to court of appeals granted. For opinion on appeal, see 15 N. Y. Supp. 697.

———

WARNER, Respondent, *v.* SCHOHARIE & SCHENECTADY COUNTIES MUT. FIRE INS. ASS'N, Appellant.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Philip J. Warner against the Schoharie & Schenectady Counties Mutual Fire Insurance Association.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to go to court of appeals denied.

———

WESTON, Respondent, *v.* LANDON, Appellant.

*(Supreme Court, General Term, Third Department.* September 25, 1891.)

Action by Charles W. Weston against Rufus C. Landon.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.

———

RICHARDS, Appellant, *v.* DELAWARE, L. & W. R. CO., Respondent.

*(Supreme Court, General Term, Fourth Department.* April, 1891.)

Action by Abba Richards, as administratrix, etc., against the Delaware, Lackawana & Western Railroad Company.

No opinion. Judgment affirmed, with costs.

———

STANCHFIELD, Respondent, *v.* HARFORD, Appellant.

*(Supreme Court, General Term, Fourth Department.* April, 1891.)

Action by John B. Stanchfield against Benedict Harford.

No opinion. Order affirmed, with $10 costs and disbursements.

———

WILLIAMS, Respondent, *v.* WRIGHT, Appellant.

*(Supreme Court, General Term, Fourth Department.* April, 1891.)

Action by William Williams against Edward F. Wright.

No opinion. Order reversed, with $10 costs and disbursements; and motion granted, with $10 costs to abide the event.

———

BENJAMIN *et al.*, Respondents, *v.* MONROE, Appellant.

*(Supreme Court, General Term, Fourth Department.* April, 1891.)

Action by George Benjamin against John Monroe.

No opinion. Order affirmed, with $10 costs and disbursements.